UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AMY PELLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13CV1789 CDP |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff seeks fees in the amount of $5,935.86. Defendant does not object to the request for fees.

On January 7, 2015, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find plaintiff[1] is entitled to an award in the amount requested.

Accordingly,

---

[1] The fees are payable to plaintiff, not plaintiff's attorney. See Astrue v. Ratliff, 130 S. Ct. 2521, 2524 (2010).

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#25] is granted, and defendant shall pay plaintiff $5,935.86 in attorney's fees and shall mail plaintiff's award to plaintiff's attorney at 1285 Fern Ridge Parkway, Suite 120, St. Louis, MO 63141.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of April, 2015.